| PROB 22<br>(Rev. 2/88) | | CASE NUMBER *(Tran. Court)*<br>02-251-02 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)*<br>2:11-CR-249 WJM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Edward J. Whiteaker, Jr. | DISTRICT<br>Eastern District<br>of Pennsylvania | DIVISION<br>Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Herbert J. Hutton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>11/29/2010 — TO 11/28/2015 |

OFFENSE

Conspiracy to distribute methamphetamine (Count One); Possession with intent to distribute methamphetamine (Counts Two - Four)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/11/11
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/14/11
Effective Date

[signature]
United States District Judge